```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                    NORTHERN DIVISION
```

THIAM MOHAMED,                         :

    Petitioner,                     :

v.                                     :

                                                CIVIL ACTION 07-0148-WS-M

ALBERTO GONZALES,                      :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,                :

    Respondents.                    :

## ORDER

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is ORDERED that this action be DISMISSED as MOOT.

DONE this 14th day of June, 2007.

                                        s/WILLIAM H. STEELE
                                        UNITED STATES DISTRICT JUDGE