```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE SOUTHERN DISTRICT OF ALABAMA
                      NORTHERN DIVISION
```

THIAM MOHAMED,                          :

    Petitioner,                         :

v.                                      :
                                        CIVIL ACTION 07-0148-WS-M

ALBERTO GONZALES,                       :
MICHAEL CHERTOFF,
WARDEN DAVID O. STREIFF,                :

    Respondents.                        :

## JUDGMENT

It is ORDERED, ADJUDGED, and DECREED that JUDGMENT be entered in favor of Respondents A lberto Gonzales, Michael Chertoff, and David O. Streiff and against Petitioner Thiam Mohamed.

DONE this 14th day of June, 2007.


                                          s/WILLIAM H. STEELE
                                          UNITED STATES DISTRICT JUDGE